NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMEGA CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**APPLIED BIOSYSTEMS, LLC, LIFE TECHNOLOGIES CORPORATION,**
AND **CALIFORNIA INSTITUTE OF TECHNOLOGY,**
*Defendants-Appellants.*

---

2013-1454

---

Appeal from the United States District Court for the Northern District of Illinois in No. 13-CV-2333, Circuit Judge Richard A. Posner.

---

## JUDGMENT

---

MARTIN R. LUECK, Robins, Kaplan, Miller, & Ciresi L.L.P., of Minneapolis, Minnesota, argued for plaintiff-appellee. With him on the brief were CYRUS A. MORTON and SHARON E. ROBERG-PEREZ, of Minneapolis, Minnesota; and MATTHEW B. MCFARLANE, of New York, New York.

EDWARD R. REINES, Weil Gotshal & Manges, LLP, of Redwood Shores, California, argued for defendants-

appellants.  Of counsel on the brief were BRIAN CANNON, LINDA J. BREWER, RORY S. MILLER, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, California. Of counsel on the brief was BRADFORD PAUL SCHMIDT, Life Technologies Corporation, of Carlsbad, California.  Of counsel was DEREK C. WALTER, Weil Gotshal & Manges, LLP, of Redwood Shores, California.

─────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 10, 2014         /s/ Daniel E. O'Toole
     Date             Daniel E. O'Toole
                        Clerk of Court